Case 2:25-mj-00118   Document 10   Filed on 03/06/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:25-MJ-00118 |
| § | |
| RALPH ROBISON § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. Additionally, the facts of the case are aggravating. The defendant fled from the U.S. Border Patrol Checkpoint near Sarita, Texas in a vehicle at a high rate of speed. He did not comply with directives to pull over. Law enforcement agents had to deploy a device to blow out the tires of the vehicle the defendant was driving. The defendant was thereafter combative, refused to exit the vehicle and had to be subdued with a chemical agent. The agents recovered two firearms from the vehicle, one of which was a 9mm pistol. The defendant later admitted owning and possessing the firearms. Additionally, during this extremely reckless and dangerous activity, the daughter of the defendant's fiancé was present in the vehicle with him. Further, at the time of the commission of the offense, the defendant was on felony probation for the felony offense

of assault on a public servant. The defendant has failed to report to this state probation officer and a warrant is forth coming. Additionally, the defendant has a serious drug problem which includes methamphetamine. The most basic condition of any court ordered supervision is that the person should not commit new law violations. Because the evidence in the instant case meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with court ordered supervision. Additionally, the defendant has a significant criminal history with a history of having his supervision revoked. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is a poor candidate for bond and is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on March 6, 2025.

Jason B. Libby
United States Magistrate Judge